UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 08-CR-144 |
| | [T. 29 U.S.C. § 501(c)] |
| EUGENE HUSS, | |
| Defendant. | |

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'08 MAY 21 P3:13
JON W. SANFILIPPO
CLERK

Redacted COPY

## INDICTMENT

**THE GRAND JURY CHARGES:**

1. At all times material to this indictment, Local 20 of the United Steelworkers Union operated at Kaukauna, Wisconsin.

2. At all times material to this indictment, Local 20 of the United Steelworkers Union was a labor organization within the meaning of 29 U.S.C. § 402(i).

3. At all times material to this indictment, Eugene Huss was employed as an officer of Local 20, specifically an area-vice president of Local 20.

4. Beginning on or about January 1, 2005 and continuing through on or about September 30, 2006, at Kaukauna, in the State and Eastern District of Wisconsin,

**EUGENE HUSS,**

acting with fraudulent intent, embezzled, stole, and willfully converted to his own use funds of Local 20. He did so by claiming reimbursement from Local 20 for time and pay lost from work for the Thilmany Company mill in Kaukauna due to having to spend time working on Local 20 business

when he well knew that he had not lost the time and pay from Thilmany that he claimed and, therefore, was not entitled under Local 20's policies to the lost time reimbursement that he claimed.

5. In order to carry out the fraudulent practice alleged in paragraph 4 of this indictment, the defendant made the following claims for time and pay lost on or about the following dates in approximately the following amounts:

| Count | Date | Amount |
| --- | --- | --- |
| 1 | January 13, 2005 | $76.88 |
| 2 | March 10, 2005 | $78.04 |
| 3 | April 21, 2005 | $351.18 |
| 4 | June 3, 2005 | $117.06 |
| 5 | July 14, 2005 | $126.81 |
| 6 | August 11, 2005 | $165.83 |
| 7 | October 13, 2005 | $126.81 |
| 8 | November 10, 2005 | $126.81 |
| 9 | December 8, 2005 | $97.55 |
| 10 | January 12, 2006 | $87.79 |
| 11 | May 11, 2006 | $79.60 |
| 12 | July 13, 2006 | $89.55 |
| 13 | August 10, 2006 | $93.84 |

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

FOREPERSON

Date: 5-20-08

STEVEN M. BISKUPIC
United States Attorney

2